AO 238
(REV. 8/83)

# United States District Court

RECEIVED
U.S. MARSHAL
BALTIMORE, MD
P 4:07

FOR THE _____

5:09-mj-0005

UNITED STATES OF AMERICA
VS.

JONATHAN MARLOW
DOB 9-8-80
SS 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

Defendant

| Violation Notice Number(s) | Violation Date(s) |
|---|---|

02-3075 M
(FILE AS DETAINER)

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____ may be Forfeited in Lieu of Appearance.

Date March 9, 2005

_____
United States Magistrate Judge

---

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|
| | | |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date | Location |
|---|---|---|
| | | |

Name _____ Title _____ District _____

Date _____ Signature _____

PROB 12
(Rev. 3/90)

# United States District Court
## for the
## DISTRICT OF MARYLAND

5:09-MJ-0005

U.S.A. vs. Jonathan Marlow

Docket No.: 02-03075M

Petition on Probation

COMES NOW David G. Reed PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Jonathan Marlow** who was placed on supervision for **Operating After Suspension** by the Honorable **Charles B. Day**, U.S. Magistrate Judge, sitting in the court at **Greenbelt, Maryland**, on the 9th day of December, 2002 who fixed the period of supervision at **12 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant is instructed to pay a fine in the amount of $100.00.
2. The defendant shall perform thirty (30) hours of community service as directed by the probation officer.
3. The defendant shall obtain a license.
4. The defendant shall perform sixty (60) hours of community service as directed by the probation officer at a rate of eight (8) hours per week. *(6/1/2004)*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short, insert ) ere, if lengthy write on separate sheet and attach)

**WHEREAS:** On May 1, 2004, Mr. Marlow committed a Robbery in Washington, DC, in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Jonathan Marlow for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this ___ day of March, 2005 and ordered filed and made a part of the records in the above case.

_____
Charles B. Day
U.S. Magistrate Judge

Respectfully,

_____
David G. Reed, U.S. Probation Officer

Place Greenbelt, Maryland

Date March 1, 2005